■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MALDONADO, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered on or about December 3, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Saxe, Friedman, Sweeny and Acosta, JJ.